

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial   (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

January 9, 2023

*Via ECF*
Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:   Jeanine L. Smith
      Case No. 22-13362-JNP
      Motion to Convert Hearing :  January 17, 2023, 11:00 a.m.

Dear Judge Poslusny:

I was appointed as the Chapter 7 trustee in the above-referenced case on April 26, 2022. Please accept this letter in lieu of a more formal submission with regard to Debtor's current Motion to Convert.

A Motion to Convert to Chapter 13 was filed by the debtor on December 13, 2022. This conversion was precipitated in large part due to my investigation finding equity in debtor's real estate, in excess of liens and exemptions.

I have no objection to the conversion, however, I would respectfully request that the "check off" provisions in the "official" Conversion Order include the provisions on page 3 providing that, 1. in the event the plan is not successful, the matter will not be dismissed, but will be converted back to a Chapter 7, and 2. the conversion/confirmation is conditioned on payment of all Chapter 7 administrative expenses.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

Douglas S. Stanger

DSS/dj
Cc:  Brad J. Sadek, Esq. (via ECF)

10307528 v1